UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>TABITHA YOUNGMAN, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-01052-MMD-EJY<br><br>ORDER |

This dispute involves a Complaint for Interpleader that Plaintiff Hartford Life and Accident Insurance Company initiated against Defendants Cassandra Youngman and Tabitha Youngman relating to disputed death benefits ("the Benefits"). (ECF No. 1.) Cassandra Youngman answered and asserted a crossclaim against Tabitha Youngman for the Benefits. (ECF No. 11.) Before the Court are Cassandra Youngman's motion for default judgment against Tabitha Youngman (ECF No. 18) and Plaintiff's motion for default judgment against Tabitha Youngman (ECF No. 19). The Court finds that default judgment is proper. Moving parties have satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk properly entered a default against Tabitha Youngman pursuant to Fed. R. Civ. P. 55(a) because Tabitha Youngman has failed to appear after having been properly served. (ECF Nos. 16, 17.) Moving parties have also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986).

It is therefore ordered that the two motions for default judgment (ECF Nos. 18, 19) are granted. The Court will issue the proposed orders.

It is further ordered that the Clerk of Court enter default judgment and close this case.

DATED THIS 8th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE