Kristina N. Holmstrom, SBN10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorney for Plaintiff Hartford Life and Accident Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>TABITHA YOUNGMAN AND CASSANDRA YOUNGMAN,<br><br>              Defendant. | Case No.: 2:23-cv-01052<br><br>**DEFAULT JUDGMENT** |

The defendant, Tabitha Youngman, having failed to plead or otherwise defend in this action, and default having heretofore been entered, has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

It is hereby ORDERED, ADJUDGED, and DECREED that Hartford Life and Accident Insurance Company be allowed to pay the Policy Benefit, plus any applicable interest, into the registry of this Court; that Tabitha Youngman be enjoined and restrained from instituting or prosecuting any action or proceeding in any State or United States court against Hartford and related entities for the recovery of the Policy Benefit, plus any applicable interest or any portion thereof; that Hartford be dismissed with prejudice from this action, and Hartford, and related entities, be discharged from any further liability as to Tabitha Youngman upon payment of the Policy Benefit, plus any applicable interest into the registry of this Court, or as otherwise directed by this Court; and that Hartford recover its costs and attorneys' fees in connection with this action.  This judgment is

entered by the Court at the request of plaintiff, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

DATED THIS 8th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE