Jeremiah N. Johns, *Pro Hac Vice*
JOHNS LAW GROUP, PLLC
1 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel:   (866) 977-0977
Dir:   (832) 410-4381
Email: jjohns@johnslawgroup.com

*Attorney for Defendant-in-Interpleader, Cassandra Youngman*

**AND**

James A. Beckstrom (#14032)
BECKSTROM AND BECKSTROM, LLP
400 S. 4th Street, Suite 650
Las Vegas, Nevada 89101
Tel:   (725) 300-0599
jb@beckstromlaw.com

*Resident Counsel for Defendant-in-Interpleader, Cassandra Youngman*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TABITHA YOUNGMAN AND CASSANDRA YOUNGMAN,<br><br>Defendants. | Case No.: 2:23-cv-01052<br><br><br>**DEFAULT JUDGMENT** |

The defendant, TABITHA YOUNGMAN, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff-in-Crossclaim and upon affidavit that defendant is no longer entitled to her claim for policy proceeds and CASSANDRA YOUNGMAN is entitled to her share of policy proceeds in

1    controversy: $50,000.00 plus interest and costs thereon; that defendant had been defaulted for

2    failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the

3    claim is for a sum certain or for a sum which can by computation be made certain.

4    It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff-in-Crossclaim,

5    CASSANDRA YOUNGMAN be awarded the policy proceeds in the sum of $50,000.00, plus

6    costs and interest according to law from the date of this judgment until the entire amount is paid.

7    This judgment is entered by the Court at the request of the Plaintiff-in-Crossclaim and upon

8    affidavit that said amount is due, in accordance with Rule 55(b)(2) of the Federal Rules of Civil

9    Procedure.

10   DATED THIS 8th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE